**Marilyn J. FOXX, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7413.

United States Court of Appeals, Federal Circuit.

DECIDED: May 14, 2003.

Before NEWMAN, BRYSON, and GAJARSA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36